```
 1  Lawrence S. Gordon (SBN.: 302330)
    COZEN O'CONNOR
 2  101 Montgomery Street, Suite 1400
    San Francisco, CA 94104
 3  Telephone: 415.644.0914
    Facsimile: 415.644.0978
 4  Email: lgordon@cozen.com

 5  Brett N. Taylor, (SBN: 274400)
    COZEN O'CONNOR
 6  601 South Figueroa Street, Suite 3700
    Los Angeles, CA 90017
 7  Telephone: 213.892.7900
    Facsimile: 213.892.7999
 8  Email: btaylor@cozen.com

 9  Attorneys for Plaintiff and Counter-
    Defendant
10  Over the Top, Inc.
```

JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OVER THE TOP, INC., | ) | Case No.: 5:16-cv-02594-SVW-KK |
| Plaintiff, | ) | [Assigned for all purposes to Honorable Stephen V. Wilson, Courtroom 10] |
| vs. | ) | **STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| OVER THE TOP SPECIALTY RENTALS, INC., | ) | IT IS SO ORDERED. |
| Defendant. | ) | DATED: August 17, 2017 |
| | ) | STEPHEN V. WILSON |
| | ) | UNITED STATES DISTRICT JUDGE |

BY AND THROUGH THEIR RESPECTIVE COUNSEL, Plaintiff and Counter-Defendant OVER THE TOP, INC. ("Plaintiff/Cross-Defendant") and Defendant and Counter-Claimant OVER THE TOP SPECIALTY RENTALS, INC. ("Defendant/Counter-Claimant") (Plaintiff/Cross-Defendant and Defendant/Counter-Claimant are referred to jointly as the "Parties") hereby stipulate that:

1

STIPULATION OF DISMISSAL WITH PREJUDICE

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant dismisses its complaint in its entirety as to all parties, with prejudice;

2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant/Counter-Claimant dismisses its counter-claims in its entirety as to all parties, with prejudice;

2. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: July 18, 2017     COZEN O'CONNOR

By: /s/ *Brett N. Taylor*
Lawrence S. Gordon
Brett N. Taylor
Attorney for Plaintiff, Over the Top, Inc.

Dated: July 18, 2017     LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/
Thomas J. Daly
Katherine L. Quigley
Attorney for Defendant, Over the Top, Rentals, Inc.

I, Brett N. Taylor, pursuant to Local Rule 5-4.3.4(a)(2)(i), attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 18, 2017     /s/ Brett N. Taylor